IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RICHARD S. ZABRISKIE,<br><br>                       Plaintiff,<br>vs.<br><br>GRANT MARSH et al.,<br><br>                       Defendants. | **ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER**<br><br>Case No. 2:10CV676 DAK |

This matter is before the court on the Magistrate Judge's Report and Recommendation, dated February 22, 2011 (the "R&R"). In the R&R, the Magistrate Judge recommends that Defendants' Motion to Dismiss be granted and that Plaintiff's Motion to Stay be denied or deemed moot.

Plaintiff has not filed an Objection to the R&R, and the time for doing so has expired. The court has reviewed the complete case file *de novo*, and the court agrees with the Magistrate Judge's recommendations.

Therefore, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Revised R&R in its entirety. Defendants' Motion to Dismiss [Docket No. 24] is hereby GRANTED, and Plaintiff's Motion to Stay [Docket No. 31] is DENIED. All claims are hereby DISMISSED, and the Clerk of the Court is directed to close this case.

DATED this 11th day of March, 2011.

                                         BY THE COURT:

                                         _____
                                         DALE A. KIMBALL
                                         United States District Judge